

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-22-00438-CR

Lester Hidalgo **AGUILAR**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court, Kinney County, Texas
Trial Court No. 10697CR
Honorable Roland Andrade, Judge Presiding

BEFORE JUSTICE CHAPA, JUSTICE WATKINS, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.

SIGNED June 14, 2023.

_____
Beth Watkins, Justice